IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRACY M. HOFFER,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL J. ASTRUE,** | : | **NO. 06-5494** |
| Commissioner of Social Security, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 30th day of November, 2007, upon careful and independent consideration of the Complaint, the Answer, the Plaintiff's Motion for Summary Judgment, the Commissioner's Response, and after review of the Report and Recommendation of United States Magistrate Judge Sandra Moore Wells, to which no objections have been filed, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. In accordance with the Report and Recommendation, Plaintiff's Request for Review is GRANTED in part and DENIED in part.

3. The case is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

4. The Clerk of Court shall close this matter for statistical purposes.

                AND IT IS SO ORDERED.

                /s/ Paul S. Diamond

                _____
                Paul S. Diamond, J.

Case 2:06-cv-05494-PD   Document 14   Filed 11/30/07   Page 2 of 2